## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOANNE SANDERFORD,** *Plaintiff* | : : : | **CIVIL ACTION NO. 3:23-cv-01468** |
| **VS.** | : : | **JUDGE SHELLY D. DICK** |
| **STATE FARM FIRE AND CASUALTY COMPANY,** *Defendant* | : : : | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

## MOTION FOR LEAVE TO SUPPLEMENT NOTICE OF REMOVAL

**NOW INTO COURT,** through undersigned counsel, comes **STATE FARM FIRE AND CASUALTY COMPANY**, who seeks leave of Court to supplement the Notice of Removal filed in this Honorable Court on October 10, 2023 to include as Exhibit A to the notice the document titled Plaintiff's Response to Requests for Admission Propounded by Defendant State Farm Fire and Casualty Company as identified in paragraph 8 of mover's Notice of Removal in response to the Court's Order in Doc. 3 of the record of this proceeding.

WHEREFORE, premises considered, **STATE FARM FIRE AND CASUALTY COMPANY** prays that leave of Court be granted to allow that the Notice of Removal be supplemented to include Exhibit A, Plaintiff's Response to Requests for Admission Propounded by Defendant State Farm Fire and Casualty Company.

Respectfully submitted:

PLAUCHÉ, SMITH & NIESET, LLC

*/s/Taylor A. Thibodeauxl*_____
**CHRISTOPHER P. IEYOUB (#16978)**
**V. ED MCGUIRE, III (#23861)**
**TAYLOR A. THIBODEAUX (#38423)**
**JACINDA L. DENISON (#38960)**
1123 Pithon Street
P. O. Drawer 1705
Lake Charles, LA 70602-1705
Telephone: (337) 436-0522
Facsimile: (337) 436-9637
cieyoub@psnlaw.com
emcguire@psnlaw.com
tthibodeaux@psnlaw.com
jdenison@psnlaw.com
Attorneys for Defendant, **STATE FARM FIRE AND CASUALTY COMPANY**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of October, a copy of the foregoing Motion for Leave to Supplement Notice of Removal was filed electronically with the Clerk of Court through the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

                                      */s/Taylor A. Thibodeauxl*_____
                                      TAYLOR A. THIBODEAUX